UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 1:CR-05-341 |
| ) | |
| Jorge Reyes ) | |

**FILED HARRISBURG MAY 0 3 2006 MARY E. D'ANDREA, CLERK Per ___ Deputy Clerk**

## ORDER

Pursuant to the provisions of the Federal Court Interpreter's Act, Title 28 USC § 1827, Dr. Jose Diaz is hereby appointed as Interpreter in Spanish to assist the Probation Office in the presentence investigation of the above-captioned case.

_____
The Honorable Christopher C. Conner
United States District Judge

5/3/06
Date